Order filed February 23,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00051-CR

                                                    __________

 

                            SHARON
LEE CARPENTER, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 35th District Court

                                                           Brown
County, Texas

                                                   Trial
Court Cause No. CR19691

 



 

                                                                     O
R D E R

 

            After
this court issued an opinion affirming the trial court’s judgment, counsel for
Sharon Lee Carpenter notified this court that Carpenter is deceased. 
Carpenter’s death deprives this court of jurisdiction.  See Molitor v. State,
862 S.W.2d 615 (Tex. Crim. App. 1993).  If an appellant in a criminal case dies
after an appeal is perfected but before mandate has issued, the appeal must be
permanently abated.  Tex. R. App. P.
7.1(a)(2).  Accordingly, our former opinion and judgment dated February 9, 2012,
are withdrawn, and this appeal is permanently abated.  

 

February 23,
2012                                                                               PER
CURIAM

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.